UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICHARD MALMED,

                Plaintiff,

    -v-                                  1:08-CV-538

AMERICAN SCIENTIFIC RESOURCES,
et. al.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on September 12, 2008, in Utica, New York, it is hereby

ORDERED that defendants' motion to dismiss the action is GRANTED and the complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

                                                          United States District Judge

Dated: September 12, 2008
       Utica, New York.

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 15 2008

LAWRENCE K. BAERMAN, Clerk
UTICA